# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Dodge, Patricia L. | 2. Court or Organization<br><br>U.S District Court, Western District of Pennsylvania | 3. Date of Report<br><br>08/16/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| U.S. District Court<br>700 Grant Street<br>Suite 9210<br>Pittsburgh, PA 15219 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner- through June 2, 2019 | Meyer, Unkovic & Scott LLP |
| 2. Board Member - all of 2019 | National Aviary |
| 3. President-Board of Trustees - through June 30, 2019 | Allegheny County Bar Foundation |
| 4. Trustee and Immediate Past President - July 1, 2019- December 31, 2019 | Allegheny County Bar Foundation |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2019 | Meyer, Unkovic & Scott LLP buyout of Partnership interest |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dodge, Patricia L. | 08/16/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Meyer, Unkovic & Scott LLP, partner net income | $265,239.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Goehring, Rutter & Boehm Law Office - Shareholder compensation |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dodge, Patricia L.** | 08/16/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Allgheny County Bar Association | Invitations for Investiture | $802.32 |
| 2. | Meyer,Unkovic & Scott, LLP | Food for Investiture Reception | $6,518.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dodge, Patricia L.** | 08/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Goehring, Rutter & Boehm Retirement Plan (H) | | | | | | | | | |
| 2. | JH Multimanager 2025 Lifetime | G | Int./Div. | O | T | Buy (add'l) | 03/01/19 | J | | |
| 3. | | | | | | Buy (add'l) | 10/01/19 | K | | |
| 4. | McDonalds common stock | A | Dividend | J | T | | | | | |
| 5. | Meyer Unkovic & Scott LLP 401K(H) | | | | | | | | | |
| 6. | HC Capital Trust Core Fixed Income | C | Dividend | M | T | Buy (add'l) | 03/15/19 | J | | |
| 7. | HC Cap Tr-Institutional Internal Eq Ins | D | Dividend | M | T | Buy (add'l) | 03/15/19 | J | | |
| 8. | HC Capital Trust Inst U.S Equity | E | Dividend | M | T | Buy (add'l) | 03/15/19 | J | | |
| 9. | HC Capital Trust Inst Value Equity | D | Dividend | M | T | Buy (add'l) | 03/15/19 | J | | |
| 10. | HC Capital Trust Inst Small Cap Equity | E | Dividend | M | T | Buy (add'l) | 03/15/19 | J | | |
| 11. | HC Capital Trust-The Emerge Markets Inst | B | Dividend | L | T | Buy (add'l) | 03/15/19 | J | | |
| 12. | Meyer Unkovic & Scott LLP equity owner-Sale partnership interest | E | Distribution | | | Sold | 05/31/19 | M | | Meyer Unkovic & Scott LLP- |
| 13. | Meyer Unkovic & Scott LLP dividends law firm | A | Dividend | | T | | | | | |
| 14. | Meyer Unkovic & Scott LLP interest law firm | A | Interest | | T | | | | | |
| 15. | Note Receivable-Meyer,Unkovic & Scott LLP | | None | M | U | | | | | |
| 16. | Oppenhemer & Co Investment Account (H) | | | | | | | | | |
| 17. | Advantage Bank Deposit | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dodge, Patricia L.** | 08/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Apple INC | A | Dividend | K | T | | | | | |
| 19. Borgwarner INC | A | Dividend | J | T | | | | | |
| 20. CVS Health Corp | A | Dividend | J | T | | | | | |
| 21. Conocophillips | A | Dividend | J | T | | | | | |
| 22. Darden Restaurants INC | A | Dividend | J | T | | | | | |
| 23. Dominion Energy | A | Dividend | K | T | | | | | |
| 24. Murphy Oil Corp | A | Int./Div. | K | T | | | | | |
| 25. National Storage Affiliates TR Com SHS Ben In Reit | A | Dividend | K | T | | | | | |
| 26. Verizon Communications INC | A | Dividend | K | T | | | | | |
| 27. Weyerhaeuser Co Reit | | None | J | T | Buy | 12/10/19 | J | | |
| 28. PNC Cash account #1 | | None | K | T | | | | | |
| 29. PNC Cash account #2 | A | Interest | M | T | | | | | |
| 30. PNC Investments IRA#1 (H) | | | | | | | | | |
| 31. American Century Mid Cap Value | A | Dividend | J | T | | | | | |
| 32. Calvert Emerging Markets | A | Dividend | J | T | Buy | 08/08/19 | J | | |
| 33. Delaware Value | A | Dividend | K | T | | | | | |
| 34. Federated Hermes Total Return Bond | B | Int./Div. | L | T | Buy<br>(add'l) | 04/01/19 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dodge, Patricia L. | 08/16/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Invesco Emerging Markets All Cap | A | Dividend | J | T | | | | | |
| 36. Invesco Oppenheimer International Gr | A | Dividend | K | T | Buy<br>(add'l) | 08/08/19 | J | | |
| 37. JP Morgan Large Cap Growth | B | Dividend | J | T | | | | | |
| 38. Lazard Global Listed Infrastructure | A | Dividend | J | T | | | | | |
| 39. MFS Value | A | Dividend | K | T | | | | | |
| 40. PGIM Jennison Growth | A | Dividend | J | T | | | | | |
| 41. PGIM Total Return Bond | D | Dividend | M | T | Buy<br>(add'l) | 04/01/19 | K | | |
| 42. T Rowe Price International Discovery | A | Dividend | J | T | Buy | 08/08/19 | J | | |
| 43. T Rowe Price Mid Cap Growth | A | Dividend | J | T | | | | | |
| 44. T Rowe Price Real Estate | A | Dividend | J | T | | | | | |
| 45. PNC Investments IRA#2 (H) | | | | | | | | | |
| 46. IShares | A | Dividend | K | T | Buy<br>(add'l) | 08/09/19 | J | | |
| 47. Lazard Global Listed Infrastructure | A | Dividend | J | T | | | | | |
| 48. SPDR Dow Jones REIT ETF | A | Dividend | J | T | | | | | |
| 49. T Rowe Price International Discovery | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 50. Vangaurd FTSE Emerging Markets | A | Dividend | J | T | Buy | 08/09/19 | J | | |
| 51. Vanguard Mega Cap Growth ETF | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dodge, Patricia L.** | 08/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Mega Cap Value ETF | B | Dividend | L | T | | | | | |
| 53. Vanguard Mid Cap Growth ETF | A | Dividend | J | T | | | | | |
| 54. Vanguard Mid Cap Value ETF | A | Dividend | J | T | | | | | |
| 55. Vanguard Total Bond Market ETF | D | Int./Div. | N | T | Buy (add'l) | 04/01/19 | K | | |
| 56. Restaurant Brands common stock | A | Dividend | J | T | | | | | |
| 57. Wendy's common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dodge, Patricia L.** | 08/16/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts
   Line 6 and Line 7 were not reported on the initial report. The value in these two funds were sold in 2020 prior to the June 30, 2020 initial report date.
   The sales of these two funds will be reported on the 2020 Financial Disclosure Form

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia L. Dodge**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544